UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEARNEY PARTNERS FUND, LLC,** by and through **LINCOLN PARTNERS FUND, LLC, Tax Matters Partner,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES OF AMERICA,** ~~by and through its agent, the~~ **INTERNAL REVENUE SERVICE,** <br><br> **Defendant.** | Case No. 2:11-cv-~~0475~~ 4075 (KM)(MCA) <br><br> Civil Action No. 2:10-cv-153-CEH-SPC and consolidated cases (Middle District of Florida) <br><br> **ORDER** |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order,

**IT IS** on this 18th day of April 2013;

**ORDERED** that the Government's appeal is **DENIED** and Magistrate Judge Shipp's July 13, 2012 Opinion and Order is **AFFIRMED**.

KEVIN MCNULTY
United States District Judge